# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martinotti, Brian R. | U.S. District Court for the District of New Jersey | 03/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Clarkson S. Fisher Courthouse
402 East State Street
Trenton, NJ 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Chair | Emory University School of Law/Institute for Complex Litigation and Mass Claims Working Group |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | NJ Defined Benefit Pension Plan |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | NJ State Defined Benefit Pension | $54,622.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Board of Education, Cliffside Park - Salary |
| 2. 2019 | Borough of Cliffside Park - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory University School of Law | Feb. 27-Mar. 2, 2019 | Newport Beach, CA | State-Federal Conference | Transportation, meals, lodging |
| 2. | Emory University School of Law | May 8-10, 2019 | Boston, MA | Educational Program | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 03/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 03/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Chase Bank (cash) | A | Interest | K | T | | | | | |
| 3. Connect One Bank (cash) | A | Interest | L | T | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. Bank of America, NA RASP (cash) | A | Interest | J | T | | | | | |
| 6. ML PFD Capital Trust III (59025D207) (X) | | None | | | Redeemed | 06/06/19 | J | | |
| 7. Apple Common Stock (AAPL) | A | Dividend | K | T | | | | | |
| 8. Dunkin' Brands Stock (DNKN) | A | Dividend | J | T | | | | | |
| 9. Facebook Stock (FB) | | None | J | T | | | | | |
| 10. General Electric Stock (GE) | A | Dividend | J | T | | | | | |
| 11. American Funds Fundamental Investors Class A (ANCFX) | B | Dividend | K | T | | | | | |
| 12. Americn Funds Income Fund of America Class A (AMECX) | A | Dividend | J | T | | | | | |
| 13. Columbia Dividend Income Fund Class B (LBSAX) | A | Dividend | K | T | | | | | |
| 14. Ivy Large Cap Growth Fund CL A (WLGAX) (X) | A | Dividend | J | T | | | | | |
| 15. Ivy Large Cap Growth Fund CL B (WLGBX) | B | Dividend | J | T | | | | | |
| 16. Lord Abbett Value Opportunities Fund Class A (LVOAX) | A | Dividend | J | T | | | | | |
| 17. New York Community Bancorp (649445103) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 03/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. SP500 CLIRNS Issuer BNS (MLVMG) | | None | L | T | Redeemed | 12/21/19 | L | D | |
| 19. | | | | | Buy | 12/27/19 | L | | |
| 20. IRA #2 (H) | | | | | | | | | |
| 21. Air Products & Chem (APD) (Y) | | | | | | | | | |
| 22. Amgen Inc Com (AMGN) | A | Dividend | J | T | | | | | |
| 23. AMN Elec Power Co (AEP) | A | Dividend | J | T | Buy<br>(add'l) | 03/26/19 | J | | |
| 24. | | | | | Sold<br>(part) | 11/13/19 | J | A | |
| 25. Astrazeneca PLC Sponsored ADR (AZN)<br>(Y) | | | | | | | | | |
| 26. AT&T Inc (T) | A | Dividend | J | T | | | | | |
| 27. BB&T Corporation (BBT) (Y) | | | | | | | | | |
| 28. Boeing Company (BA) | A | Dividend | | | Sold<br>(part) | 03/21/19 | J | A | |
| 29. | | | | | Sold | 03/22/19 | J | A | |
| 30. Blackstone Group Inc Com (BX) (X) | A | Dividend | J | T | | | | | |
| 31. Broadcom Ltd (AVGO) | A | Dividend | J | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 32. Carnival Corp Paired SHS (CCL) (Y) | | | | | | | | | |
| 33. Caterpillar Inc Del (CAT) (X) | | None | J | T | | | | | |
| 34. Chevron Corp (CVX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 03/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chubb Ltd (CB) | A | Dividend | J | T | | | | | |
| 36. Cisco Systems Inc Com (CSCO) | A | Dividend | J | T | Sold (part) | 07/09/19 | J | A | |
| 37. Citigroup Inc. Com NEW (C) | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 38. CME Group Inc (CME) (Y) | | | | | | | | | |
| 39. Coca Cola Com (KO) | A | Dividend | J | T | | | | | |
| 40. Crown Castle Reit Inc (CCI) | A | Dividend | J | T | | | | | |
| 41. Digital Realty TR Inc (DLR) | A | Dividend | J | T | | | | | |
| 42. Duke Energy Corp (DUK) (Y) | | | | | | | | | |
| 43. Entergy Corp New (ETR) (X) | A | Dividend | J | T | | | | | |
| 44. Exelon Corporation (EXC) | A | Dividend | | | Sold (part) | 10/17/19 | J | A | |
| 45. | | | | | Sold | 10/18/19 | J | A | |
| 46. Exxon Mobile Corp (XOM) | A | Dividend | J | T | | | | | |
| 47. Kinder Morgan Inc. Del (KMI) (X) | A | Dividend | J | T | | | | | |
| 48. Fifth Third Bancorp (FITB) (X) | | None | J | T | | | | | |
| 49. Home Depot Inc. (HD) (X) | A | Dividend | J | T | | | | | |
| 50. JPMorgan Chase & Co (JPM) | A | Dividend | J | T | Buy (add'l) | 01/15/19 | J | | |
| 51. | | | | | Sold (part) | 07/26/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 03/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Lockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | |
| 53. McDonalds Corp Com (MCD) | A | Dividend | J | T | Sold<br>(part) | 03/19/19 | J | A | |
| 54. Medtronic PLC SHS (MDT) | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 55. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 01/09/19 | J | | |
| 56. | | | | | Sold<br>(part) | 07/09/19 | J | A | |
| 57. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 58. Pfizer Inc (PFE) | A | Dividend | J | T | Buy<br>(add'l) | 05/06/19 | J | | |
| 59. Procter & Gamble Co (PG) (X) | A | Dividend | J | T | | | | | |
| 60. Prudential Financial Inc (PRU) (X) | A | Dividend | J | T | | | | | |
| 61. Royal Bank Canada PV (RY) (X) | A | Dividend | J | T | | | | | |
| 62. Royal Dutch Shell PLC (RDSB) | A | Dividend | J | T | | | | | |
| 63. Simon Property Group Del (SPG) (Y) | | | | | | | | | |
| 64. Sysco Corporation (SYY) (Y) | | | | | | | | | |
| 65. Target Corp (TGT) | A | Dividend | J | T | | | | | |
| 66. Toronto Dominion Bank (TD) | A | Dividend | J | T | | | | | |
| 67. Truist Finl Corp (TFC) (X) | | None | J | T | | | | | |
| 68. United Techs Corp Com (UTX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 03/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. V F Corporation (VFC) (X) | | None | J | T | | | | | |
| 70. Verizon Communications Com (VZ) | A | Dividend | J | T | | | | | |
| 71. Walmart Inc (WMT) | A | Dividend | J | T | | | | | |
| 72. Wells Fargo & Co New Del (WFC) | | None | | | Sold | 01/09/19 | J | | |
| 73. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 74. Amazon Com Inc. Com. (AMZN) | | None | K | T | Sold<br>(part) | 01/04/19 | J | D | |
| 75. JPMorgan Chase & Co. (JPM) | A | Dividend | | | Sold | 01/04/19 | J | C | |
| 76. Splunk Inc (SPLK) | | None | | | Sold | 01/04/19 | J | B | |
| 77. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 78. Alphabet Inc Shs Cl C (GOOG) | | None | K | T | | | | | |
| 79. Nike Inc Cl B (NKE) | A | Dividend | J | T | | | | | |
| 80. Tesla Mtrs Inc. (TSLA) | | None | J | T | | | | | |
| 81. United Techs Corp Com. (UTX) | A | Dividend | J | T | | | | | |
| 82. Whirlpool Corp (WHR) | A | Dividend | J | T | | | | | |
| 83. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 84. Coca-Cola Common Stock (KO) | A | Dividend | J | T | Sold<br>(part) | 12/09/19 | J | A | |
| 85. Disney Common Stock (DIS) | A | Dividend | K | T | Sold<br>(part) | 06/20/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 03/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 12/09/19 | J | C | |
| 87. Home Depot Inc. (HD) | A | Dividend | J | T | Sold<br>(part) | 01/04/19 | J | | |
| 88. | | | | | Sold<br>(part) | 12/09/19 | J | C | |
| 89. Intel Stock (INTC) | A | Dividend | J | T | Sold<br>(part) | 12/09/19 | J | C | |
| 90. Splunk Inc (SPLK) | | None | J | T | Sold<br>(part) | 12/09/19 | J | B | |
| 91. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 92. ConnectOne Bank Common Stock (CNOB) | A | Dividend | J | T | | | | | |
| 93. Sirius Stock (SIRI) | A | Dividend | J | T | | | | | |
| 94. MISC. (H) | | | | | | | | | |
| 95. Bank of New Jersey Common Stock | A | Int./Div. | J | T | | | | | |
| 96. Bank of New York Common Stock | A | Int./Div. | L | T | | | | | |
| 97. Gillette Stock | A | Dividend | K | T | | | | | |
| 98. Mattel Stock | A | Dividend | J | T | | | | | |
| 99. Met Life Stock | A | Dividend | J | T | | | | | |
| 100. Newell Rubbermaid Stock | A | Dividend | J | T | | | | | |
| 101. Stanley Black and Decker Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Brian R. Martinotti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544